UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Randal Gale Soppeland,

        Plaintiff,

vs.                                                 ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.                         Civ. No. 04-4264 (DSD/RLE)

* * * * * * * * * * * * * * * * *

      Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

      1.     That the Plaintiff's Motion for an Award of EAJA Fees [Docket No. 39] is granted.

      2.     That pursuant to the Equal Access to Justice Act, that a total of $5,874.50 in costs and attorney's fees, is awarded to the Plaintiff.

                                                                   s/David S. Doty
                                                                   David S. Doty, Judge
                                                                   United States District Court

DATED: June 8, 2006
At Minneapolis, Minnesota